# First District Court of Appeal
## State of Florida

_____

No. 1D2023-3048
_____

JOSEPH BOYES DANIELS, JR,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Hamilton County.
Melissa G. Olin, Judge.

July 10, 2024


PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and M.K. THOMAS and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Olivia M. Goodman of O'Brien Hatfield, P.A., Tampa, for Appellant.

Ashley Moody, Attorney General, and Damaris E. Reynolds, Assistant Attorney General, Tallahassee, for Appellee.